LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 12-10622-BRO (JCx) | Date | August 20, 2013 |
|---|---|---|---|
| Title | Bank of New York Mellon v. Peggy Gomez et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE

Defendants are ORDERED TO SHOW CAUSE why this Court should not grant Plaintiff's Motion for Summary Judgment, for the failure of defendants to file an opposition to the motion. The response to this Order to Show Cause is to be filed no later than noon on Friday, August 23, 2013.

Failure to respond to this OSC will be deemed consent to the granting of the Motion for Summary Judgment on behalf of the Plaintiff.

The Court further ORDERS plaintiff to service via email, facsimile and/or personal service a copy of this minute order on the defendants within 24 hours, and file the Proof of Service no later than the end of the business day on Thursday, August 22, 2013.

**IT IS SO ORDERED.**

|  | Initials of Preparer | rf |
|---|---|---|