WRIGHT, FINLAY & ZAK, LLP
Gwen H. Ribar, Esq., SBN 188024
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
gribar@wrightlegal.net

Attorneys for BANK OF NEW YORK MELLON (F/K/A THE BANK OF NEW YORK), AS INDENTURE TRUSTEE FOR ENCORE CREDIT RECEIVABLES TRUST 2005-1

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON (F/K/A THE BANK OF NEW YORK), AS INDENTURE TRUSTEE FOR ENCORE CREDIT RECEIVABLES TRUST 2005-1, <br><br> Plaintiff, <br><br> vs. <br><br> PEGGY GOMEZ, DAVID ALAN BOUCHER, EXPEDIA LENDING GROUP; ALL PARTIES WITH ANY RIGHTS, TITLE, OR INTEREST IN THE REAL PROPERTY AT 16225 DOUBLEGROVE STREET, LA PUENTE, CALIFORNIA; and DOES 1 through 25, <br><br> Defendants. | Case No.: CV- 12-10622 BRO (JCx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.220, and for good cause appearing therefore, Judgment in favor of Plaintiff, BANK OF NEW YORK MELLON (F/K/A THE BANK OF NEW YORK), AS INDENTURE TRUSTEE FOR ENCORE CREDIT RECEIVABLES TRUST

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK

2005-1 and against Defendants, PEGGY GOMEZ, DAVID ALAN BOUCHER, EXPEDIA LENDING GROUP, jointly and severally entered on November 15, 2013, be and the same is hereby renewed in the amounts as set for below:

<u>Renewal of Money Judgment:</u>

|   |   |   |
|---|---|---|
| a. Total judgment | $ | 56,463.51 |
| b. Costs after judgment | $ | 0 |
| c. Subtotal *(add a and b)* | **$** | **56,463.51** |
| d. Credits | $ | 0 |
| e. Subtotal *(subtract d from c)* | **$** | **56,463.51** |
| f. Interest after judgment computed from 11/15/2013 | $ | 61,778.96 |
| g. Fee for filing renewal of application | $ | 0 |
| h. Total renewed judgment *(add e, f and g)* | **$** | **118,242.47** |

Dated: October 26, 2023

_____
CLERK, by Deputy

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK